# EXHIBIT  L

Dockets.Justia.com

uego Entertainment Acquires 15 "Lost", Never Before Released, Recordings by The Beatles                    Page 1 of :

---

Search Recent News: [

About Marketwire    Workflow Solutions    Resource Center    News Room    Contact Us    Hom

dvanced Search    All Recent News    Email a Friend    Print-Friendly

**SOURCE: Fuego Entertainment, Inc.**



Jan 10, 2008 06:00 ET

## Fuego Entertainment Acquires 15 "Lost", Never Before Released, Recordings by The Beatles

MIAMI, FL--(Marketwire - January 10, 2008) - Fuego Entertainment, Inc. (OTCBB: FUGO) today announced it has acquired 15 tracks of previously unreleased music by John Lennon, Paul McCartney, George Harrison and Ringo Starr, "The Beatles." The recordings were made in 1962, a short time before their signing with E.M.I., during the FAB FOUR'S first live appearance together at the Star Club in Hamburg, Germany playing before a small audience of about twenty to thirty people. The original tape of this live recording was "lost" for over 33 years in the record and tape collection of legendary music producer and promoter Mr. Jeffrey Collins.

The Star Club Hamburg recorded most groups that appeared at their club in the late 50s and early 60s under a performance contract that included payment in full for any live recordings made at their club. Many of these recordings were released by Polydor (West Germany). However this particular tape was sold along with several others to Jeffrey Collins, of the Collins Organization, a booking agen original idea was that the tapes would be used to promote the Star Club as a venue and the groups to other clubs that the Collins Organ fact not touched until 1994 when, with the release of the B.B.C. tapes and a renewed interest in The Beatles, Mr. Jeffrey Collins decided

This 15 track set was recorded at the Star Club in Hamburg, Germany a short while after the Ted Taylor recordings and boast different a Taste of Honey" and "Hippy Hippy Shake" (using Tony Sheridan as a 5th Beatle). These are the only two songs found on the original Sta recording should not be confused.

This is an historical recording because it was the very first time that Ringo Starr actually played with The Beatles "live" after replacing Pe

Other tracks make good use of Kingsize Taylor's Band "The Dominoes" who utilize their piano on such Beatles favorites as "Money," "Tw Standing There" all of which were subsequently used on The Beatles' first studio recordings for E.M.I.

What makes this album truly unique are the eight songs not available on any previously released L.P.s or singles -- which include Paul M Williams' "Lovesick Blues" and George Harrison vocalizing Maurice Williams' "Do You Believe." One of the most outstanding tracks on thi showing just how John Lennon and Paul McCartney became such a winning combination.

The complete list of all the tracks, the complete story of how this "lost" tape from The Beatles came into the possession of Mr. Jeffrey Co several of the recordings from this album will soon be available on our Fuego Entertainment, Inc. web site at http://www.FuegoEntertai web site click on the "Fuego Plus" menu button.

"I am delighted to be given the opportunity to work with such professional businessmen within the Fuego Entertainment Organization a running the new joint venture and achieving the goals that we will set for ourselves," said Jeffrey Collins.

"Our previously announced Joint Venture with Mr. Collins's Echo Vista Group, incorporates into our exciting music library an extraordina

music. In some cases, never released recorded music, The Beatles is only one example. I'm extremely excited about this acquisition and historical Beatles album. They are one of the most commercially successful and critically acclaimed music groups in the history of popular President & CEO of Fuego Entertainment.

This one of a kind historical album will be released under the Echo-Fuego joint venture, a majority control music division of Fuego Enterta announced in the near future.

Fuego Entertainment, Inc. is engaged in the production, acquisition, marketing, sales, and distribution of entertainment products such as television shows, music, and tour productions. Also, through its subsidiaries, the Company provides management and development of tel music, and music publishing services worldwide. The music operations include discovery, production, development, and distribution of re also markets its music catalog through compilations and re-issues of previously released music and video titles, as well as licenses tracks and record labels for various use, including film, documentaries, short films and television soundtracks. For more information, please visi www.fuegoentertainment.net

This press release contains statements, which may constitute forward-looking statements within the meaning of the Securities Act of 19: Act of 1934, as amended by the Private Securities Litigation Reform Act of 1995.Those statements include statements regarding the inte expectations of Fuego Entertainment, Inc., members of their management, and assumptions on which such statements are based. Prosp that any such forward-looking statements are not guarantees of future performance and involve risks and uncertainties, and that actual from those contemplated by such forward-looking statements.

Contact:
Fuego Entertainment, Inc.
Dan York
Investor Relations
214 675-2531
ir@fuegoentertainment.net

lick here to see all recent news from this company

rivacy Statement | Terms of Service | Sitemap |© 2007 Marketwire, Incorporated. All rights reserved.
-800-774-9473 (US)  |  1-888-299-0338 (Canada)  |  +44-20-7562-6550 (UK)

# EXHIBIT  M

:: Welcome to Fuego Entertainment ::



Home   Company Profile   Projects   Contact   Press Releases   Investor

ONLINE MUSIC STORE
MOVIES
OUR ARTISTS
FUEGO PLUS
NEWS
FORUM
CHAT
RETAIL DIGITAL OUTLETS
MEDIA GALLERY
FUEGO TV
WALLPAPERS
RINGTONES
ONLINE RADIO
ESPAÑOL

SUBSCRIBE TO
OUR RSS NEWSFEED

### PRESS RELEASES

**February 21, 2008**
Fuego Entertainment Commencing Digital Re-Mastering of the Historic Lost Beatles Tapes, "Jamming with Beatles and Friends, Star Club, Hamburg, 1962"

**MIAMI, FL—(MARKET WIRE)—Feb 20, 2008 —** Fuego Entertainment, Inc. (OTC BB:FUGO.OB) announces that its majority owned joint venture Echo-Fuego has commenced the digital re-mastering and enhancement process to improve the quality of the historic Beatles lost tapes in preparation for its future release. The process will take a few months. Once finished the recordings will be part of an historic double CD featuring the 15 original recordings from 1963 and the 15 digitally enhanced recordings. The title of this historical collector's item is "Jamming with Beatles and Friends, Star Club, Hamburg, 1962".

This is an important historical recording because it was the very first time that Ringo Starr actually played with the group "live" after replacing Pete Best on the drums. Seven of the songs on this tape were later studio recorded and released by the group through E.M.I. but the remaining eight tracks were never

released.

The recordings were made in 1962, a short time before their signing with E.M.I., during the FAB FOUR'S first live appearance together at the Star Club in Hamburg, Germany playing before a small audience of about twenty to thirty people. The original tape of this live recording was "lost" for over 33 years in the record and tape collection of legendary music producer and promoter Mr. Jeffrey Collins.

The complete list of all the tracks and the story of how this historic lost Beatles tape came into the possession of Mr. Jeffrey Collins is now available on our Fuego Entertainment, Inc. web site at http://www.FuegoEntertainment.net.

This 15 track set was recorded at the Star Club in Hamburg, Germany a short while after the Ted Taylor recordings and boast different and perhaps better takes of "A Taste of Honey" and "Hippy Hippy Shake" (using Tony Sheridan as a 5th Beatle). These are the only two songs found on the original Star Club releases with which this recording should not be confused.

Other tracks make good use of Kingsize Taylor's Band "The Dominoes" who utilize their piano on such Beatles favorites as "Money," "Twist and Shout" and "I Saw Her Standing There" all of which were subsequently used on the groups' first studio recordings for E.M.I.

What makes this album truly unique are the eight songs not available on any previously released L.P.s or singles -- which include Paul McCartney singing Hank Williams' "Lovesick Blues" and George Harrison vocalizing Maurice Williams' "Do You Believe." One of the most outstanding tracks on this album must be "Ask Me Why" showing just how John Lennon and Paul McCartney became such a winning combination.

The release date will be announced in the near future. We invite Beatles fans around the world, our shareholders, members of the media and all interested parties to subscribe to our RSS news feed to receive Fuego news updates. Our RSS news feed link can be found on the front page of our website. www.fuegoentertainment.net

Fuego Entertainment, Inc. is engaged in the production, acquisition, marketing, sales, and distribution of entertainment products. For more information, please visit Fuego Entertainment at http://www.fuegoentertainment.net

This press release contains statements, which may constitute forward-looking statements within the meaning of the Securities Act of 1933 and the Securities Exchange Act of 1934, as amended by the Private Securities Litigation Reform Act of 1995.Those statements include statements regarding the intent, belief or current expectations of Fuego Entertainment, Inc., members of their management, and assumptions on which such statements are based. Prospective investors are cautioned that any such forward-looking statements are not guarantees of future performance and involve risks and uncertainties, and that actual results may differ materially from those contemplated by such forward-looking statements.

**Contact:**

Fuego Entertainment, Inc.
Dan York
Investor Relations
214 675-2531
ir@fuegoentertainment.net

ONLINE MUSIC STORE
ENTER

ENTER FUEGO PLUS
AND GET
FREE DOWNLOADS

TELL A FRIEND!

# EXHIBIT  N



Member Login | Username: [_____] Password: [_____] [Login] Register Now



## News

**Music news**
*Jan 08, 2008*

RBD have once again claimed the top spot on the Latin Album sales chart. Their new album, Empezar Desde Cero,...more

**People en Español's Stars of the Year**
*Jan 02, 2008*

Jennifer Lopez - She really did accomplish a lot this year...between the Spanish album, the English album, El Cantante, the...more

All News

Special Offer!



## Get your music in Fuego Plus

Fuego Plus is the place to find the music you want. Just create your Fu Plus profile to begin the exciting journey towards finding your favourit music.

Listen to the historic Beatles "Lost" tape from the first ever live perforr of John, Paul, George and Ringo at the Star Club in Hamburg, German

One full track and 3 clips from the historic "Lost" tape Beatles album t released soon by Fuego are available now on Fuego Plus. You must be member of Fuego Plus to listen to this preview of the album.

Other Member Benefits of Fuego Plus include:
Download a free track from the new Fuego release of Jimi Hendrix - "T Rainbow Bridge Concert".
Download a free track from all other Fuego new releases.

The current new releases with free download tracks are:
Amir - The Gift
KRS-One - Adventures in Emceein

uego Plus                                                                          Page 2 of

Plus a Special Bonus Download
Clan 537 – Habla una vez

Fuego will be releasing a minimum of 2 new Albums per month. One fre
download track of all new releases will be available to Fuego Plus memb
There will be additional Jimi Hendrix and Beatles tracks available soon t
Fuego Plus members.

**Stop waiting, Join Now!**



Login | Privacy | Terms of Use | Articles | Affiliate | Invite a Friend | Feedback



JJT Comm - Magika Studios

# EXHIBIT  O

Fuego Plus

Home | Company Profile | Projects | Contact | Press Releases | Investor

EnGO / FUEGO

Welcome, Eunice Kang  (tabasco)

UPGRADE YOUR MEMBERSHIP TO ACCESS
LOST TRACKS NEVER HEARD BEFORE

Since last login

Current Membership level: Gold
Membership expires on: Jan 16, 2009
Days left until membership expires: 344
New messages received: 0

**Member Panel**

Home
Sign Out
FuegoPlus Services
FuegoPlus Store
My Profile
View Profile
Edit Profile
My Settings
Tools

Fuego Plus

Change Password

Forum

Messages [ 0 Unread ]

My Membership

Upgrade Membership

Cancel Membership

**News**

**Music news**
*Jan 08, 2008*

RBD have once again claimed the top spot on the Latin Album sales chart. Their new album, Empezar Desde Cero,...more

**People en Español's Stars of the Year**
*Jan 02, 2008*

Jennifer Lopez - She really did accomplish a lot this year...between the Spanish album, the English album, El Cantante, the...more

All News

**Silver & Gold Fuego Plus Members click here or on the menu on the left FuegoPlus (under the heading FuegoPlus Services) for free downloads and special offers available only to paid subscribers.**

SPECIAL OFFER!!!





If you see an empty square above, please download the flash player 9 here

Legendary Music Producer, President of Echo-Fuego Music Group: Mr. Jeffrey Collins.

Just for subscribing to Fuego Plus, you get the opportunity to listen to the following free songs:

Tracks:
1. Listen to 1 full music track by Amir – Don't Quit
2. Listen to 1 full music track by KRS-One— Money



Fuego Entertainment is proud to introduce the very first performance of the Beatles featuring the "Fab Four" John, Paul, George and Ringo. These tracks were recorded in late 1963 at the Star Club in Hamburg, Germany and lost for over 33 years in the record and tape collection of legendary promoter/producer Mr. Jeffrey Collins. They are available now at Fuego Plus. Of the 15 "Lost" tracks seven were later recorded and released by The Beatles through EMI. Eight of the tracks were never

Fuego Plus

released by The Beatles at all. Some of the tracks include Kingsize Taylor's Band "The Dominoes" who utilize their piano on such Beatles favorites as "Money", "Twist and Shout" and "I Saw Her Standing There".

None of tracks from this recording have ever been heard before. Some people are saying that several or all of these tracks are the same as the Star Club recordings from December of 1963. All of these tracks were recorded prior to that in the first ever live performance that included Ringo Starr after he had replaced Pete Best on the drums. Within a few days following this performance at the Star Club the tapes were hand delivered to Mr. Collins by the DJ he had booked into the Star Club the night the recordings were made.

The tapes are in bad condition after sitting for over 35 years in Mr. Collins collection. They have been processed to remove noise but the sound quality can be improved much more. Prior to releasing the final album the tapes will be digitally remastered using the latest technology.

We hope you enjoy learning about these historic recordings. Over the next few months we will be adding new information about these 15 tracks in Fuego Plus for all Silver and Gold members to enjoy. In addition Silver and Gold Fuego Plus members will be offered the opportunity to purchase the complete digitally remastered CD prior to it's general release.

The Complete Beatles "Lost" tracks:
1. ROAD RUNNER
2. HIPPY HIPPY SHAKE
3. A TASTE OF HONEY
4. MONEY
5. REMENICING
6. ASK ME WHY
7. I SAW HER STANDING THERE
8. SPARKLING BLUE EYES
9. LOVESICK BLUES
10. FIRST TASTE OF LOVE
11. DIZZY MISS LIZZY
12. DO YOU BELIEVE
13. OOH POOH PAH DOO
15. TWIST AND SHOUT
15. CANNONBALL

You also get the opportunity to watch the Clan 537 music video for Había una vez!!

Page 4 of 4

Fuego Plus



### UPGRADE YOUR MEMBERSHIP
CLICK HERE TO ENJOY ALL THE BENEFITS OF FUEGO PLUS

Privacy | Terms of Use | Articles | Affiliate | Invite a Friend | Feedback



JJT Comm - Magika Studios



Welcome, Eunice Kang  (tabasco)

**Member Panel**
Home
Sign Out
 FuegoPlus Services
**FuegoPlus**
**Store**
 My Profile
**View Profile**
**Edit Profile**
**My Settings**
 Tools
**Change Password**
**Forum**
**Messages [ 0 Unread ]**
 My Membership
**Upgrade Membership**
**Cancel Membership**

**News**



Since last login

| | |
|---|---|
| Current Membership level: | Gold |
| Membership expires on: | Jan 16, 2009 |
| Days left until membership expires: | 346 |
| New messages received: | 0 |

**Silver & Gold Fuego Plus Members click here or on the menu on the left FuegoPlus (under t**
**heading FuegoPlus Services) for free downloads and special offers available only to paid**
**subscribers.**

SPECIAL OFFER!!!

**Music news**
*Jan 08, 2008*

RBD have once again claimed
the top spot on the Latin
Album sales chart. Their new
album, Empezar Desde

Cero,...more

**People en Español's Stars
of the Year**
*Jan 02, 2008*

Jennifer Lopez - She really
did accomplish a lot this
year...between the Spanish
album, the English album, El
Cantante, the...more

All News





Legendary Music Producer, President of Echo-
Fuego Music Group: Mr. Jeffrey Collins.

Just for subscribing to Fuego Plus, you get the opportunity to listen to the following free songs:

Tracks:
1. Listen to 1 full music track by Amir - Don't Quit
2. Listen to 1 full music track by KRS-One-- Money



Fuego Entertainment is proud to introduce th
first performance of the Beatles featuring th
Four" John, Paul, George and Ringo. These
were recorded in late 1963 at the Star C
Hamburg, Germany and lost for over 33 years
record    and    tape    collection    of    leg
promoter/producer Mr. Jeffrey Collins. The
available now at Fuego Plus. Of the 15 "Lost"
seven were later recorded and released b
Beatles through EMI. Eight of the tracks were
released by The Beatles at all. Some of the
include Kingsize Taylor's Band "The Dominoe:
utilize their piano on such Beatles favori
"Money", "Twist and Shout" and "I Saw Her St
There".

None of the tracks from this recording have never been heard before. Some people are saying that severa
of these tracks are the same as the Star Club recordings from December of 1963. All of these track
recorded prior to that in the first ever live performance that included Ringo Starr after he had replace
Best on the drums. Within a few days following this performance at the Star Club the tapes wer
delivered to Mr. Collins by the DJ he had booked into the Star Club the night the recordings were mad

The tapes are in bad condition after sitting for over 35 years in Mr. Collins collection. They hav
processed to remove noise but the sound quality can be improved much more. Prior to releasing tl
album the tapes will be digitally remastered using the latest technology.

We hope you enjoy learning about these historic recordings. Over the next few months we will be
new information about these 15 tracks in Fuego Plus for all Silver and Gold members to enjoy. In a
Silver and Gold Fuego Plus members will be offered the opportunity to purchase the complete (
remastered CD prior to it's general release.

The Complete Beatles "Lost" tracks:
1. ROAD RUNNER
2. HIPPY HIPPY SHAKE

uego Plus

Page 3 of

3. A TASTE OF HONEY
4. MONEY
5. REMENICING
6. ASK ME WHY
7. I SAW HER STANDING THERE
8. SPARKLING BLUE EYES
9. LOVESICK BLUES
10. FIRST TASTE OF LOVE
11. DIZZY MISS LIZZY
12. DO YOU BELIEVE
13. OOH POOH PAH DOO
15. TWIST AND SHOUT
15. CANNONBALL



You also get the opportunity to watch the Clan 53 music video for Había una vez!!



Privacy | Terms of Use | Articles | Affiliate | Invite a Friend | Feedback



JJT Comm - Magika Studios

# EXHIBIT  P

Harrison & Others v. Lingasong    CondenseIt™

---

**Page 1**

IN THE HIGH COURT OF JUSTICE        CH 1996 H No: 3983
CHANCERY DIVISION

                              Royal Courts of Justice,
                              The Strand, London

                              Wednesday, 6th May 1998

                    Before:

                    MR JUSTICE NEUBERGER

B E T W E E N:

              (1)  GEORGE HARRISON
              (2)  JAMES PAUL McCARTNEY
              (3)  RICHARD STARKEY
              (4)  YOKO ONO LENNON
              (as executrix of the will of
              JOHN WINSTON ONO LENNON, (deceased)

                                        Plaintiffs

                    - v -

              LINGASONG MUSIC LIMITED

                                        Defendant

              --------------------------

MR MARK PLATTS-MILLS QC and MR MICHAEL TAPPIN (instructed by
Messrs Frere Cholmeley Bischoff, London) appeared on
behalf of the Plaintiffs.

MR NICHOLAS MERRIMAN QC and MR PAUL DICKENS (instructed by
Messrs Kanaat & Co, London) appeared on behalf of the
Defendant.

              --------------------------

                    Computer-Aided Transcript by
                    Harry Counnell & Co,
                61 Carey Street, London WC2A 2JG
                    Tel: 0171-242-9346

              --------------------------

                    PROCEEDINGS
                    DAY 2

---

**Page 2**

1       Wednesday, 6th May 1998
2   MR JUSTICE NEUBERGER: Part of the delay was due to me, I am
3       sorry.
4   MR PLATTS-MILLS: I am sorry we kept you waiting even when you
5       were ready. Perhaps as a sort of general exhortation, we
6       should try and do administrative tasks first thing in the
7       morning before the court sits, but hopefully that will not
8       happen too much again.
9   MR JUSTICE NEUBERGER: I got a copy of the transcript from
10      yesterday. Thank you to whoever supplied it.
11  MR PLATTS-MILLS: Does your Lordship have it on disk? You can
12      have it on disk too, I dare say, if you want it, but I do
13      not know whether that assists you at all?
14  MR JUSTICE NEUBERGER: If that can be easily arranged, then
15      yes.
16  MR PLATTS-MILLS: I am sure it can. (Counsel confer) My Lord,
17      I am sorry about that bit of administration. I
18      There are one or two matters of administration. I
19      understand your Lordship's X file is now in reasonable
20      order and you have flags in it and that the first flag
21      there is the discovery of yesterday in a reordered form
22      but now paginated. If your Lordship can resist the
23      temptation of putting chronologies or things like that in
24      it we will not get confused, but if your Lordship wants a
25      file to put those in I am sure we can find one.

---

**Page 3**

1       Next, if I could take your Lordship to the F file,
2       there are a couple of letters that I wanted to refer your
3       Lordship to. At page 122, what happened was that my
4       clients ordered a copy of the Defendant's product, because
5       we saw a television advert, and we wrote to them in the
6       terms that you see there on page 122. Then, on page 125,
7       there is the reply:
8           "Thank you for your third letter. I understand your
9       information set out in that letter is correct."
10          If I can just hand up to your Lordship that which was
11      supplied. Those are the photocopies for your Lordship's X
12      file of documents appearing, that came with the product.
13  MR JUSTICE NEUBERGER: Do you want me to put them under tab 1
14      or tab 2?
15  MR PLATTS-MILLS: Tab 2. Your Lordship sees the money back
16      guarantee comes from Lingasong Music Limited and then
17      there is an order form, further orders, "The Beatles Live
18      at The Star" and, at the bottom, the method of payment is
19      "I enclose a cheque payable to Lingasong Music Limited",
20      in relation to that second document.
21          In addition to the CD that your Lordship sees there,
22      this book comes with it. This is a book called the
23      "Encyclopedia of Beatles People" by Bill Harry.
24  MR JUSTICE NEUBERGER: This is something I have seen an extract
25      from?

---

**Page 4**

1   MR PLATTS-MILLS: You have seen extracts from it and Bill Harry
2       is the Defendant's expert.
3   MR JUSTICE NEUBERGER: The one that has been living at the same
4       address for 30 years.
5   MR PLATTS-MILLS: My Lord, next we have provided to my learned
6       friends a copy of the proposed amendments to the Statement
7       of Claim incorporating various particulars. Perhaps I
8       could hand a copy of that up. My learned friend does not
9       want to deal with it now. He has given some reasonably
10      encouraging noises, but he is not going to commit himself
11      at the moment. I do not know where your Lordship wants to
12      put those, perhaps near the Statement of Claim. (Same
13      handed)
14          My Lord, I think on that note I will turn to the
15      witnesses and I will call Mr Harrison.
16              GEORGE HARRISON, sworn
17              Examined by MR PLATTS-MILLS
18  Q. Mr Harrison, I wonder if you could take bundle B, which is
19      the red bundle in the box on your right, and go to tab 1.
20      If you would look at tab 1 and just flick through it to
21      the end, is that your signature? Are you demolishing the
22      file?
23  A. I was just trying to get it over there, but, yes, that is
24      my signature.
25  Q. Is that your evidence in this case?

---

Wednesday, 7th May 1998                          Page 1 - Page 4

...hers v. Lingasong                    CondenseIt™

**Page 29**

...tabs?

MR MERRIMAN: I am not multicoloured.

3  MR JUSTICE NEUBERGER: Is it the witness statement of
4    Mr Rennie?
5  MR MERRIMAN: That is the tab. If you would come to the page
6    before that, which I think is going to be page 12 at the
7    bottom right-hand corner, if you have done that you ought
8    to find a plan of the Star Club.
9  MR JUSTICE NEUBERGER: I am terribly sorry, I do not know if
10   Mr Harrison is in the same position? I go from 9 to 13.
11 A. I have got what you are saying. I have got the Star Club
12   thing with something saying "Position of tape recorder".
13   I assume that is what you are getting at?
14 MR MERRIMAN: Yes, that is the plan.
15 A. Yes.
16 Q. You see that someone has written "Position of tape
17   recorder" with a little line and an arrow?
18 A. Yes.
19 Q. That is where Mr Taylor says the tape recorder was placed,
20   between the stage and the dressing room and the back area
21   where the artists would go. Are you saying that you are
22   sure that there was no tape recorder there or are you
23   saying that you just did not notice?
24 A. I'm saying that I did not see any tape recorder and no
25   mention of any tape recorder was mentioned, so, you know,

**Page 30**

1    I wouldn't be looking out for one.
2  Q. Mr Taylor speaks of a practice of recording the
3    performances and enabling the bands, if they wanted, to
4    listen to their performances the next day and to adjust
5    sounds levels and so forth. Did you ever hear of bands'
6    performances being replayed?
7  A. No. You see one of the problems with these Hamburg dates
8    is that everybody was going there and back and they were,
9    over all these number of years various people did certain
10   things. After 30 years it just becomes a jumble and you
11   forget. I think what Mr Taylor has forgotten is that the
12   actual recordings that the Star Club started to do was
13   long after The Beatles had been and left Hamburg. Then
14   they caught on, "We should be recording all these bands",
15   and then they set up the equipment. But all these years
16   later now they start applying it to this particular period
17   when we were there when there was no professional
18   recording equipment there at all.
19 Q. Mr Taylor is quite clear that he was recording on his
20   equipment in December 1962.
21 A. Well whatever, whatever he says, we didn't see tapes, we
22   did not ask him to do it, we never heard them, we never
23   had anything to do with them and so that is the story.
24 Q. In answer to one of my earlier questions you said that you
25   had no specific recollection of 31st December?

**Page 31**

1  A. Yes, well, one day.
2  Q. How can you be sure?
3  A. In Hamburg is pretty much the same.
4  Q. How can you be sure you did not see a tape recorder during
5    this period and have simply forgotten?
6  A. The 31st December would be New Year's Eve. Everybody is
7    just drunk. You have got to put yourself into the
8    position of what was going on there. There was a whole
9    bunch of drunken musicians, nobody is concerned about what
10   is hidden in a cupboard or what is going on. We are just
11   there to do our show and get our money and leave and have
12   a bit of fun. That is the true picture of what it was.
13   Everything else is painting pictures as if there was some
14   incredibly organised situation taking place or about to
15   take place. It wasn't. It was just a wild affair going
16   on. Now, if he just happened to have a tape recorder and
17   decided he was going to plug it in and tape us, all right,
18   but that to me does not constitute having the right to put
19   out a record.
20 Q. What he does say is that The Beatles were waiting to go on
21   and John Lennon saw the tape recorder playing and that
22   Ted Taylor specifically asked if The Beatles minded if the
23   if the recorder continued, and that he said, in the
24   presence of all of you, "No, it is okay with us, Ted, as
25   long as you get the ale in."

**Page 32**

1  A. Yes, I have read that statement. And I didn't, I was not
2    standing there, I didn't hear that statement and it all
3    sounds pretty ludicrous.
4  Q. It fits the picture you have been painting to the court of
5    not a formal meeting?
6  A. About getting drinks in.
7  Q. But of people milling, talking in a friendly fashion, and
8    a specific question being put and answered. It is the
9    sort of way if it happened that it is likely to have
10   happened?
11 A. It is likely that it did not happen as well. But whether
12   it did or didn't happen, it does not constitute a business
13   meeting and an agreement being made to put out the
14   crummiest record that has ever been made in our name, you
15   know. I mean, let's face it, it is a very flimsy thing
16   even if he did say that, but it certainly didn't
17   constitute any business meetings.
18 Q. He also says that after the performance The Beatles were
19   in the area behind the stage, the sort of retiring room
20   the dressing room, and that there was a discussion about
21   what should happen to these tapes and that Horst Fascher
22   was also present?
23 A. Yes, I have read all these people's allegations but, as
24   far as I'm concerned, none of that took place and it
25   certainly didn't take place in my company. I didn't hear

Wednesday, 7th May 1998                              Page 29 - Page 32

...thers v. Lingasong                    CondenseIt™

### Page 33

1  ...ything after that from anybody and neither did Paul or
2  Ringo hear anything about it. The only person who
3  allegedly heard something about it is the one person who
4  is dead, who cannot actually come here and say it is a
5  load of rubbish.
6  Q. I will turn to that in a moment but, before you go on, if
7  you have no specific recollection of this evening, how can
8  you be so sure, 32 years ago, that it did not happen and
9  that John Lennon did not say to Tod Taylor that he could
10  do whatever he wanted with the tape recordings? How can
11  you be so sure it did not happen if you cannot remember?
12  A. It did not happen in my life. It might have happened
13  somewhere else, but what I am saying, where I was, what I
14  saw, what I can conceive, every place I was at, at that
15  period, there was no tape to be seen, there was no
16  play-backs of other bands on tape, there was no mention of
17  any recording, and there was certainly no meetings and
18  band meetings all this stuff Horst Fascher saying, "Yes, I
19  was there too", you know, it is like the only people who
20  seem to be there are the people who seem to be wanting to
21  make some money out of the thing.
22  MR JUSTICE NEUBERGER: Mr Harrison, I think the point being put
23  to you is you say it did not happen, and what Mr Merriman
24  is saying to you is, well, this was over 35 years ago and
25  you have described the circumstances and maybe you have

### Page 34

1  forgotten. How can you be sure it didn't happen; that is
2  what you are being asked, from your point of view?
3  A. Because somewhere down the line somebody would have said,
4  "There is this tape", John would have said later, "There
5  is this tape and we have got a record deal to put out this
6  tape." He never said anything to anybody.
7  Q. How can you be sure that it did not happen with you there?
8  A. Well, he didn't say anything to Brian Epstein, he didn't
9  say anything to Paul McCartney.
10  Q. I am sorry, I am asking a slightly different question. It
11  is said you were there when this was said, when this
12  discussion took place.
13  A. I am saying I never ever heard anything like that. I was
14  certainly not there if it is has been said.
15  Q. It is being put to you that maybe you have forgotten after
16  all these years and maybe you were there?
17  A. But my point is I was definitely not there when it
18  happened, or I was there and it never happened, whichever
19  of those scenarios, and the main point is, even if it did
20  happen or even if it did not happen, it still did not
21  constitute a business deal. One drunken person recording
22  another bunch of drunks does not constitute business
23  deals. So, you know, that seems to be the main point
24  about the thing is it is not whether Teddy Taylor bought a
25  pint of beer for John Lennon, it is whether people are

### Page 35

1  allowed to hold up microphones like I have got one here:
2  can we now take everything I have said and put it out as a
3  record? Well, you cannot, you need my permission, I am
4  afraid.
5  MR JUSTICE NEUBERGER: Well, I think we have got to try and
6  confine your answers to questions. I see the point you
7  are making but, anyway, I am sorry I interrupted
8  Mr Merriman's cross-examination.
9  MR MERRIMAN: You know that the club had plans to make
10  recordings and to release them?
11  A. In 1963, after The Beatles never went back to the place.
12  Q. And there were discussions about these plans in 1962?
13  A. Not with us.
14  Q. Did you not know in 1962 of the plan to release for
15  commercial exploitation----
16  A. No.
17  Q. ----recordings that were made at the club of live
18  performances?
19  A. They only started making recordings of the Star Club after
20  we had been there. So I did not know about that and I was
21  not interested in that. Anyway we had our own record
22  deal, we were set up at that point. We were just there
23  fulfilling our last engagement in Hamburg so that we could
24  get off back to England to make our records and go on
25  tour.

### Page 36

1  Q. So you know that there were plans and discussions of that
2  at some stage, but you are saying that those discussions
3  and plans were not brought to your notice in 1962?
4  A. No. Whatever the Star Club were planning to do in their
5  future was no interest to me.
6  Q. You see, against that background, obviously The Beatles
7  did not own or did not make any claim to own any tape that
8  Teddy Taylor would have used to record?
9  A. That is what I am saying, we did not know it was being
10  taped.
11  Q. But if The Beatles did know it had been taped by him on
12  his tape recorder, The Beatles would not have been
13  claiming any right to the spool of tape itself, would
14  they?
15  A. I don't know, this is all, you know, if you know, we did
16  not know there was a tape there and if the tape was a
17  turnip we might have all made soup out of it, you know,
18  but I don't see what it has to do with.
19  Q. If you do not own the tape and the person who does is
20  discussing what can happen to the tape and if he is told
21  he can do whatever he wants with the tape, that can only
22  sensibly mean you can exploit it in whatever way you like?
23  A. No, it does not. It does not. Record agreements like we
24  signed with EMI are exclusive agreements. It specifically
25  says under the duration of your contract you will not

...thers v. Lingasong                CondenseIt™

### Page 37

1 ...cord for any other people and will not allow other
2 recordings to be made. We were very happy to finally get
3 that EMI agreement so we were in no position, first of
4 all, to make another recording and we certainly did not
5 want an inferior recording, which that has proven to be.
6 Q. You have been asked about certain passages in Mr Harry's
7 report. You were taken to a number of paragraphs in
8 those. I am going to ask you about one aspect in
9 particular. This is the part that starts in paragraph 28,
10 could you go back to.
11 A. Is he number 1?
12 Q. No, he is at the end. He is number 8 I think.
13 MR JUSTICE NEUBERGER: Paragraph 28. If you look at the
14 numbers at the bottom, it is page 64.
15 A. So which paragraph are we looking at?
16 MR MERRIMAN: Go back to the previous page, if you would. You
17 see there is unfortunately a heading right at the bottom
18 of the previous page to give you a description. Do you
19 see, right at the bottom, "John Lennon as Spokesman"?
20 A. Yes.
21 Q. So what Mr Harry is doing in this part of his report is to
22 express to his view and the material supporting it for the
23 statement that at this time in December 1962 John Lennon
24 was regarded as the leader of The Beatles and as their
25 spokesman. That is the point he is making?

### Page 38

1 A. Well, yes. We were all spokesmen of The Beatles. Any
2 time any one of us spoke to somebody about The Beatles we
3 were all spokesmen of The Beatles.
4 Q. But he was the founder?
5 A. John was the oldest one.
6 Q. He had invited the others to join?
7 A. Yes.
8 Q. He was the oldest?
9 A. Yes, but he was not our representative. Our
10 representative was Brian Epstein. John had the loudest
11 voice.
12 Q. And he spoke up for The Beatles?
13 A. As we----
14 Q. Rather than anyone else?
15 A. As we all did, no.
16 Q. And you knew that he did?
17 A. Of course we all did. We all spoke up for Beatles. We
18 were The Beatles. We were all trying equally to be, you
19 know, to make a success.
20 Q. If you turn forward to paragraph 32 I hope you will find a
21 paragraph which starts:
22 "When Epstein took over from the Beatles he attempted
23 to change them."
24 MR JUSTICE NEUBERGER: I think the "from" shouldn't be there.
25 MR MERRIMAN: "...attempted to change them. Ray Coleman, in his

### Page 39

1 book "Brian Epstein: The Man Who Made The Beatles",
2 writes: 'He (Epstein) insisted that they had to cut their
3 stage repartee their drinking and smoking onthe stage, and
4 totally sharpen their professional attitude. This met a
5 muted response, and Brian realised he would have to swing
6 the leader of the group to his viewpoint very quickly."
7     It is clear from the context that that is a reference
8 to John Lennon. Equally, if you look to the next
9 paragraph, 33, reference to a quote from Rod Punt saying
10 that:
11     "There is no doubt about it, John was the leader, the
12 boss man of The Beatles."
13 A. I suppose Rod Punt is a Beatle expert, is he? I mean, who
14 is Rod Punt?
15 Q. These are two----
16 A. Who is Rod Punt, you know?
17 Q. These are two sources.
18 A. Who is Rod Punt?
19 Q. These are two sources.
20 A. This is a farce.
21 Q. Do you agree that John Lennon was regarded then as the
22 leader and treated as such by----
23 A. He was the noisiest one in that, on that level, you know,
24 he was the oldest one. As you say, he had the Quarry
25 Men. Paul joined, I joined. In that respect, okay, he

### Page 40

1 was the first one in there, but by the point where we were
2 making records in 1962 it was a democratic group. John
3 would try and shout me down and I would have to stand up
4 to him, but, as far as I was concerned, we were all equal
5 members.
6 Q. The first of the passages I asked you to look at referring
7 to Epstein's plans to change your image, referring to
8 John Lennon as being the need to swing the leader, i.e. to
9 persuade him first?
10 A. Because John was the most troublesome that is what Brian
11 Epstein would have been doing, because he knew he wouldn't
12 have trouble with the rest of us.
13 Q. And once John had been persuaded, he would then ensure
14 that the other Beatles followed that course?
15 A. It is like, you know, it wasn't that big a deal. It
16 wasn't -- that wasn't really that important. We made a
17 decision based on the fact that we could get on television
18 and various other concerts, that if we stopped smoking and
19 drinking on stage and acting like a bunch of weirdos and
20 put suits on, that we would be able to just go out there
21 and perform everywhere we wanted, and we all just agreed
22 to do that. This whole thing of trying to make, like, as
23 if John is something special, it is, like, it wasn't that
24 way. Different people like Bill Harry, of course he went
25 to college with John, so he was, like, hero worshipped

# EXHIBIT  Q

# Sonnenschein
### SONNENSCHEIN NATH & ROSENTHAL LLP

Howard H. Weller
212-398-8709
hweller@sonnenschein.com

1221 Avenue of the Americas
New York, NY 10020-1089
212.768.6700
212.768.6800 fax
www.sonnenschein.com

January 16, 2008

VIA FEDERAL EXPRESS, CERTIFIED AND REGULAR MAIL

Mr. Hugo Cancio                          Mr. Jeffrey Collins
President & CEO                           CEO
Fuego Entertainment, Inc.                Echo-Fuego Music Group LLC
8010 NW 156 Terr.                        8010 NW 156 Terr.
Miami Lakes, Florida  33016              Miami Lakes, Florida  33016

Mr. Hugo Cancio                          Mr. Jeffrey Collins
President & CEO                           CEO
Fuego Entertainment, Inc.                Echo-Fuego Music Group LLC
19250 NW 89th Court                      19250 NW 89th Court
Miami, Florida  33018                    Miami, Florida  33018

> Re:    Apple Corps Limited (The Beatles): Star Club Performances / Notice of
>        Infringement

Dear Gentlemen:

We represent Apple Corps Limited and the Apple group of related companies ("Apple"), which are wholly owned by Sir Paul McCartney, Richard Starkey, the Estate of George Harrison and Mrs. Yoko Ono Lennon. Apple is the exclusive owner of, among other things, various performances of The Beatles, numerous copyrighted recordings and images of The Beatles, the federally registered trademark "The Beatles," the distinctive Beatles "long T" logo, the name and likeness of The Beatles, and numerous common law trade names, trademarks and service marks of "The Beatles". We also act on behalf of each of the Beatles individually -- Sir Paul McCartney, Richard Starkey, the Estate of George Harrison and Mrs. Yoko Ono Lennon as successor to the Estate of John Lennon.

It has come to our attention that Fuego Entertainment, Inc. ("Fuego") has acquired a recording of 15 tracks of Beatles performances at the Star Club in Hamburg Germany ("the Beatles' Star Club Performances"), and without authorization from our clients, has announced plans to distribute, sell, market and otherwise commercially exploit the Beatles' Star Club

10001175\V-1


SONNENSCHEIN NATH & ROSENTHAL LLP

Mr. Hugo Cancio
Mr. Jeffrey Collins
January 16, 2008
Page 2


Performances.  Indeed, it appears Fuego has already exploited these performances on its Fuego Plus website (http://fuegoentertainment.net/fuegoplus/).

Such unauthorized use and commercial exploitation by Fuego of the Beatles' Star Club Performances, including use of the federally registered trademark "The Beatles" in connection with its website marketing for these Performances, is unlawful and constitutes infringement of our clients' rights including common law and statutory rights against trademark infringement, unfair competition and false designation of origin under state law and under the Federal Lanham Act, 15 U.S.C. § 1051, *et seq.* (including rights under the Federal Trademark Dilution Act) as well as a violation of our clients' common law copyrights and rights of publicity.  Such infringements have caused and continue to cause our clients irreparable injury and are grounds for preliminary and permanent injunctive relief and subject you to liability for damages, profits, and our clients' attorneys fees.

You are also advised that our clients have repeatedly and successfully litigated the issue of their ownership of recordings of performances of The Beatles at the Star Club in Hamburg, both in the United States and in Europe.  By way of example, a consent order was entered by the United States District Court for the Southern District of New York in 1993 requiring Sony Music Entertainment, Inc. to surrender to Apple all masters, and destroy all copies, of recordings of such performances and to permanently cease and desist from exploiting any such performances. Similarly, a 1998 order and judgment of the High Court of Justice in England held that the sale, distribution and exploitation of performances by The Beatles at the Star Club infringed upon our clients' rights.

Accordingly, we hereby demand the following of Fuego and any person or entity with which it is affiliated: (1) that it immediately and permanently cease and desist selling, distributing, marketing and/or otherwise exploiting the Beatles' Star Club Performances; (2) that it provide us with all documentation of licenses or other authorizations, if any, by which Fuego claims any right to exploit the Beatles' Star Club Performances; (3) that it provide us with an accounting of all profits made to date in connection with the exploitation of the Beatles' Star Club Performances; (4) that it surrender to the undersigned all master recordings of the Beatles' Star Club Performances in your possession, custody or control and certify to the undersigned the destruction of all copies of same; and (5) that it set forth a reasonable proposal for compensating our clients for the infringement of their rights.

I look forward to receiving your full cooperation and compliance with the above demands as soon as possible, but in no event later than **January 31, 2007**.



**SONNENSCHEIN NATH & ROSENTHAL LLP**

Mr. Hugo Cancio
Mr. Jeffrey Collins
January 16, 2008
Page 3


Fuego is hereby placed on notice that its exploitation of our clients' proprietary material constitutes a violation of our clients' legal and equitable rights for which they will hold Fuego, and any person or company acting in concert with Fuego, fully accountable.

Nothing contained in, or omitted from, this letter shall be deemed an admission by our clients of any fact or a waiver of any rights or remedies, all of which are expressly reserved.


Very truly yours,

Howard H. Weller


HHW:da

cc:    Mr. Jeff Jones

10001175V-1

# EXHIBIT  R

**Black, Claire Wong**

| | |
|---|---|
| From: | Weller, Howard H. |
| Sent: | Tuesday, January 22, 2008 12:55 PM |
| To: | Black, Claire Wong |
| Subject: | FW: Apple/Fuego Entertainment: Star Club Performances |

```
Howard H. Weller
Of Counsel
Sonnenschein Nath & Rosenthal LLP
1221 Avenue of the Americas
New York, NY  10020
ph:  212.398.8709
fax: 212.768.6800
hweller@sonnenschein.com

-----Original Message-----
From: Weller, Howard H.
Sent: Tuesday, January 22, 2008 12:26 PM
To: Fuego Entertainment, Inc.
Cc: simran.singh@masflowinc.net
Subject: RE: Apple/Fuego Entertainment: Star Club Performances

Dear Mr. Cancio:

I am available for a conference call today anytime between 2 and 5 pm.  Please advise.

Howard



Howard H. Weller
Of Counsel
Sonnenschein Nath & Rosenthal LLP
1221 Avenue of the Americas
New York, NY  10020
ph:  212.398.8709
fax: 212.768.6800
hweller@sonnenschein.com

-----Original Message-----
From: Fuego Entertainment, Inc. [mailto:hugo.cancio@fuegoentertainment.net]
Sent: Tuesday, January 22, 2008 11:26 AM
To: Weller, Howard H.
Cc: simran.singh@masflowinc.net
Subject: RE: Apple/Fuego Entertainment: Star Club Performances

Dear Mr. Weller:

Thank you for your letter, I'm glad we have established a cordial dialog, I
believe this is very important moving forward.

I regret to inform you that after further consideration and at the request
of Mr. Collins, we will not be sending you a copy of the 15 tracks of
Beatles never released Star Club performance. According to Mr. Collins, he
has already sent copies to Apple Corps Limited. I suggest you request these
recording from your client. As previously stated during our telephone
conversation, Echo-Fuego has no immediate plans to commercially release the
performances at this time. However, we do reserve our rights to commercially
release these recordings in the future.
```

1

As to your allegation that Fuego Entertainment actions regarding these
performances infringes upon your clients legal equitable rights. We disagree
with these allegations.
"Our clients never authorized the recording of live performances at the Star
Club and never granted anyone any rights to produce, sell, or otherwise
exploit such material, including by video streaming 4 tracks on our website
presently totaling 4.5 minutes"
We also disagree with the above statement. We strongly believe and will
prove that these particular recording  recording were authorized and with
full knowledge of your clients. In fact, that all recordings at the Star
Club were  authorized by your clients.
This particular, never released, historical recording are the sole property
of Jeffrey Collins and our JV. Echo-Fuego Music Group,LLC. If you have
evidence indicating the contrary I urge you to provided to us immediately.

As far the use of your clients name and trademark on our website. Please be
advised that we are not showcasing any trademark from your clients, our only
mention to the name The Beatles is related to the discovery and acquisition
of these recording, in good faith and fair use for information purposes
only..  However, we are willing delete any mentioned of the name, The
Beatles on our website if advised in writing to do so. For your information
and that of your clients, there are over 200 websites that use the name and
trademark  The Beatles ( with and without the long T)..... Is it fair to say
that  in Mr. Collins next TV and print media already scheduled interviews
that Apple is now policing the use of the name The Beatles, with and without
the long T?  I believe this is something that Beatles fans around the world
should know, after all these are the people that continue to promote and
keep the legacy of this  music icons alive....


Please let us know if we could set up a conference call today.

Warm Regards,


Hugo Cancio
President & CEO
Fuego Entertainment,Inc. OTCBB: FUGO
www.fuegoentertainment.net
(305) 823-9999    FAX (305) 823-9788

 This message and any attached files transmitted with it, is confidential,
especially as regards personal data. It is intended solely for the use of
the individual or entity to whom it is addressed, If you are not the
intended recipient and have received this information in error or have
accessed it for any reason, please notify us of this act by email reply and
then destroy or delete the message, refraining from any reproduction, use,
alteration, filing or communication to third parties of the message and
attached files on penalty of incurring legal responsibilities. The sender
does not guarantee the integrity, the accuracy, the swift delivery or the
security of this email transmission, and assumes no responsibility for any
possible damage incurred through data capture, virus incorporation or any
manipulation carried out by third parties. . To the extent that opinions are
expressed in this message, they are not necessarily the opinions of Fuego
Entertainment, Inc or any of its other employees, directors, officers,
shareholders or affiliates.

Este Mensaje se dirige exclusivamente a su destinatario y puede contener
información privilegiada o confidencial. Si usted no es el destinatario
indicado, queda notificado de que la utilización, divulgación y/o copia sin
autorización está prohibida en virtud de la legislación vigente. Si ha
recibido este mensaje por error, le rogamos que nos lo comunique
inmediatamente por esta misma vía y proceda a su destrucción.

-----Original Message-----
From: Weller, Howard H. [mailto:hweller@sonnenschein.com]
Sent: Friday, January 18, 2008 9:08 PM
To: hugo.cancio@fuegoentertainment.net
Cc: simran.singh@masflowinc.net
Subject: Apple/Fuego Entertainment: Star Club Performances

Dear Mr. Cancio:

Further to our conversations earlier today, I appreciate your prompt
response to our cease and desist letter written on behalf of our clients,
Apple Corps Limited and The Beatles individually.

As discussed, you have agreed to forward to my attention by Tuesday of next
week a copy of the 15 current tracks of Beatles' Star Club performances that Fuego
Entertainment seeks to exploit through a joint venture with Mr. Jeffrey
Collins.  In addition, you have advised that you have no immediate plans to
commercially release the performances and that no such commercial release
will occur in any event prior to further discussion between your counsel and
us.  Finally, you have conveyed to me that your attorney, Mr. Simran Singh,
will be contacting me to further discuss this matter on Fuego's behalf early
next week.

As also discussed, Fuego Entertainment remains on notice that (in addition
to its planned commercial release of the Star Club
performances) its current and continued exploitation of the Beatles'
Star Club performances via Fuego's website infringes upon our clients'
legal and equitable rights.  Our clients never authorized the recording of
live performances at the Star Club and never granted anyone any rights to
produce, sell, or otherwise exploit such material, including by video
streaming 4 tracks on your website presently totaling 4.5 minutes.
Moreover, our clients have never granted Fuego the right to use their name,
likenesses or trademarks in connection this material.
You advised that you will be discussing the foregoing with Mr. Singh, and I
look forward to speaking with him next week in an effort to
resolve this matter.

Nothing contained in, or omitted from, this letter shall be deemed an
admission by our clients of any fact, and all of our clients' rights and
remedies are expressly reserved.


Sincerely,

Howard H. Weller

Howard H. Weller
Of Counsel
Sonnenschein Nath & Rosenthal LLP
1221 Avenue of the Americas
New York, NY  10020
ph:  212.398.8709
fax: 212.768.6800
hweller@sonnenschein.com


------------------------------------------------------------------
CONFIDENTIALITY NOTE:
This e-mail and any attachments are confidential and may be protected by
legal privilege. If you are not the intended recipient, be aware that any
disclosure, copying, distribution or use of this e-mail or any attachment is
                                    3

prohibited. If you have received this e-mail in error, please notify us
immediately by returning it to the sender and delete this copy from your
system. Thank you for your cooperation.
IRS CIRCULAR 230 DISCLOSURE:
Any Federal tax advice contained herein is not written to be used for, and
the recipient and any subsequent reader cannot use such advice for, the
purpose of avoiding any penalties asserted under the Internal Revenue Code.
If the foregoing contains Federal tax advice and is distributed to a person
other than the addressee, each additional and subsequent reader hereof is
notified that such advice should be considered to have been written to
support the promotion or marketing of the transaction or matter addressed
herein. In that event, each such reader should seek advice from an
independent tax advisor with respect to the transaction or matter addressed
herein based on the reader's particular circumstances.
-----------------------------------------------------------------------

4