UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: **08-20748-CIV-HOEVELER/BROWN**

APPLE CORPS LIMITED and APPLE RECORDS, INC.,

    Plaintiffs,

v.

FUEGO ENTERTAINMENT, INC., ECHO-FUEGO MUSIC GROUP LLC, ECHO-VISTA INC., HUGO M. CANCIO and JEFFREY COLLINS,

    Defendants.

**SUMMONS IN A CIVIL CASE**

TO:    **Fuego Entertainment, Inc.**

**By serving its President, Hugo Cancio**
8010 NW 156 Terrace
Miami Lakes, Florida 33016

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY:

RICHARD C.WOLFE, ESQ., Fla. Bar No. 355607
WOLFE & GOLDSTEIN, P.A.
100 S.E. 2nd Street, Suite 3300
Miami, Florida 33131
Telephone: (305) 381-7115
Facsimile: (305) 381-7116

an Answer to the Complaint which is herewith served upon you, within twenty (20) days after service of this Summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the Complaint. You must also file your Answer with the Clerk of this Court within a reasonable period of time after service.

**MARCH 21, 2008**
_____
Date



**SUMMONS**

**Steven M. Larimore**
**Clerk of Court**

s/Iris Garrido
Deputy Clerk
U.S. District Courts

dockets.Justia.com

AO 440 (Rev. 10/2002) Summons in a Civil Case

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: **08-20748-CIV-HOEVELER/BROWN**

APPLE CORPS LIMITED and APPLE RECORDS, INC.,

    Plaintiffs,

v.

FUEGO ENTERTAINMENT, INC., ECHO-FUEGO MUSIC GROUP LLC, ECHO-VISTA INC., HUGO M. CANCIO and JEFFREY COLLINS,

    Defendants.

**SUMMONS IN A CIVIL CASE**

TO:    **Echo-Fuego Music Group LLC**

    **By Serving its Resident Agent, Hugo Cancio**
    **8010 N.W. 156 Terrace**
    **Miami Lakes, Florida 33016**

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address):

    RICHARD C. WOLFE, ESQ., Fla. Bar No. 355607
    WOLFE & GOLDSTEIN, P.A.
    100 S.E. 2nd Street, Suite 3300
    Miami, Florida 33131
    Telephone: (305) 381-7115
    Facsimile: (305) 381-7116

an Answer to the Complaint which is herewith served upon you, within twenty (20) days after service of this Summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the Complaint. You must also file your Answer with the Clerk of this Court within a reasonable period of time after service.

**MARCH 21, 2008**
Date



**SUMMONS**

Steven M. Larimore
Clerk of Court

s/Iris Garrido
Deputy Clerk
U.S. District Courts

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: **08-20748-CIV-HOEVELER/BROWN**

APPLE CORPS LIMITED and APPLE RECORDS, INC.,

    Plaintiffs,

v.

FUEGO ENTERTAINMENT, INC., ECHO-FUEGO MUSIC GROUP LLC, ECHO-VISTA INC., HUGO M. CANCIO and JEFFREY COLLINS,

    Defendants.

**SUMMONS IN A CIVIL CASE**

TO:    Echo-Vista Inc.

    **By Serving its Resident Agent, Jeffrey Collins**
    705 N.W. 126th Avenue
    Coral Springs, Florida 33071

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY:

    RICHARD C. WOLFE, ESQ., Fla. Bar No. 355607
    WOLFE & GOLDSTEIN, P.A.
    100 S.E. 2nd Street, Suite 3300
    Miami, Florida 33131
    Telephone: (305) 381-7115
    Facsimile: (305) 381-7116

an Answer to the Complaint which is herewith served upon you, within twenty (20) days after service of this Summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the Complaint. You must also file your Answer with the Clerk of this Court within a reasonable period of time after service.

**MARCH 21, 2008**
Date



**SUMMONS**

s/Iris Garrido
Deputy Clerk
U.S. District Courts

Steven M. Larimore
Clerk of Court

AO 440 (Rev. 10/2002) Summons in a Civil Case

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: **08-20748-CIV-HOEVELER/BROWN**

APPLE CORPS LIMITED and APPLE RECORDS, INC.,

    Plaintiffs,

v.

FUEGO ENTERTAINMENT, INC., ECHO-FUEGO MUSIC GROUP LLC, ECHO-VISTA INC., HUGO M. CANCIO and JEFFREY COLLINS,

    Defendants.

**SUMMONS IN A CIVIL CASE**

TO:    Hugo Cancio
8010 N.W. 156 Terrace
Miami Lakes, 33016

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY:

    RICHARD C. WOLFE, ESQ., Fla. Bar No. 355607
    WOLFE & GOLDSTEIN, P.A.
    100 S.E. 2nd Street, Suite 3300
    Miami, Florida 33131
    Telephone: (305) 381-7115
    Facsimile: (305) 381-7116

an Answer to the Complaint which is herewith served upon you, within twenty (20) days after service of this Summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the Complaint. You must also file your Answer with the Clerk of this Court within a reasonable period of time after service.



**SUMMONS**

Steven M. Larimore
Clerk of Court

s/Iris Garrido
Deputy Clerk
U.S. District Courts

**MARCH 21, 2008**
Date

AO 440 (Rev. 10/2002) Summons in a Civil Case

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: **08-20748-CIV-HOEVELER/BROWN**

APPLE CORPS LIMITED and APPLE RECORDS, INC.,

    Plaintiffs,

v.

FUEGO ENTERTAINMENT, INC., ECHO-FUEGO MUSIC GROUP LLC, ECHO-VISTA INC., HUGO M. CANCIO and JEFFREY COLLINS,

    Defendants.

**SUMMONS IN A CIVIL CASE**

TO:    **Jeffrey Collins**
705 N.W. 126th Avenue
Coral Springs, Florida 33071

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY:

    RICHARD C. WOLFE, ESQ., Fla. Bar No. 355607
    WOLFE & GOLDSTEIN, P.A.
    100 S.E. 2nd Street, Suite 3300
    Miami, Florida 33131
    Telephone: (305) 381-7115
    Facsimile: (305) 381-7116

an Answer to the Complaint which is herewith served upon you, within twenty (20) days after service of this Summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the Complaint. You must also file your Answer with the Clerk of this Court within a reasonable period of time after service.

**MARCH 21, 2008**
_____
Date



**SUMMONS**

Steven M. Larimore
Clerk of Court

s/Iris Garrido
Deputy Clerk
U.S. District Courts