FILING FEE
PAID  150.
In Forma Pauperis  977355

UNITED STATES DISTRICT COURT
Steven M. Larimore, Clerk
SOUTHERN DISTRICT OF FLORIDA

FILED BY _____ D.C.
2008 MAR 21  PM 3: 25
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA.-MIA.

CASE NO: 08-20748-CIV-Hoeveler/Brown

APPLE CORPS LIMITED and APPLE RECORDS, INC.,

    Plaintiffs,

v.

FUEGO ENTERTAINMENT, INC., ECHO-FUEGO MUSIC GROUP LLC, ECHO-VISTA INC., HUGO M. CANCIO and JEFFREY COLLINS,

    Defendants.

## MOTION FOR LIMITED APPEARANCES, CONSENT TO DESIGNATION AND REQUEST TO ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING

In accordance with Local Rule 4.B of the Special Rules Governing the Admission and Practice of Attorneys of the United States District Court for the Southern District of Florida, the undersigned respectfully moves for the admission of Paul LiCalsi, Esq. and Howard Weller, Esq. of the law firm of Mitchell, Silberberg & Knupp, LLP  12 East 49th Street, 30th Floor, New York, NY  10017   (212) 509-3900, for purposes of limited appearance as co-counsel on behalf of Plaintiffs APPLE CORPS LIMITED and APPLE RECORDS, INC., in this case only, and pursuant to Rule 2B, Southern District of Florida, CM/ECF Administrative Procedures, to permit Paul LiCalsi and Howard Weller to receive electronic filings in this case, and in support states as follows:

    1.    Paul V. LiCalsi, Esq. and Howard H. Weller, Esq. of both members of the law firm Mitchell, Silberberg & Knupp, LLP and are general counsel to Plaintiffs. They are not admitted

1770977.1/41741-00002

to practice in the Southern District of Florida but are members of the New York Bar and the Southern District of New York.

2. Movant, Richard C. Wolfe, Esq. of the law firm Wolfe & Goldstein, P.A. 100 S.E. 2nd Street, Suite 3300, Miami, Florida 33131 is a member of this court and is authorized to file through the Court's electronic filing systems. Movant is a member in good standing of the Florida Bar and the United States District Court for the Southern District of Florida and maintains an office in this State for the practice of law. Movant consents to be designated as a member of the Bar of this Court with whom the court and opposing counsel may readily communicate regarding the conduct of the case, upon whom filing shall be served, who shall be required to electronically file all documents and things that may be filed electronically, and who shall be responsible for filing documents in compliance with the CM/ECF Administrative Procedures. See Section 2B of the CM/ECF Administrative Procedures.

3. In accordance with the local rules of this Court, Paul LiCalsi, Esq. and Howard Weller, Esq. have made payment of the Court's $75.00 admission fee. A certification in accordance with Rule 4B is attached hereto.

4. Paul LiCalsi Esq. and Howard Weller Esq. by and through designated counsel and pursuant to Section 2B, Southern District of Florida, CM/ECF Administrative Procedures, hereby requests the Court to provide Notice of Electronic Filings to Paul LiCalsi at pvl@msk.com and Howard Weller at hhw@msk.com.

WHEREFORE, Richard C. Wolfe, moves this Court to enter an Order permitting Paul LiCalsi and Howard Weller to appear before this Court on behalf of Plaintiffs APPLE CORPS LIMITED and APPLE RECORDS, INC. for all purposes relating to the proceedings in this case

and directs the Clerk to provide notice of electronic filings to Paul LiCalsi at pbl@msk.com and Howard Weller at hhw@msk.com.

                                    Respectfully submitted,

                                    WOLFE & GOLDSTEIN, P.A.
100 S.E. 2nd Avenue, Suite 3300
Miami, FL 33131
Telephone: (305) 381-7115
Facsimile: (305) 381-7116

_____
Richard C. Wolfe
FL Bar No: 355607

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO:

APPLE CORPS LIMITED and APPLE RECORDS, INC.,

    Plaintiffs,

v.

FUEGO ENTERTAINMENT, INC., ECHO-FUEGO MUSIC GROUP LLC, ECHO-VISTA INC., HUGO M. CANCIO and JEFFREY COLLINS,

    Defendants.

### CERTIFICATION OF PAUL V. LiCALSI, ESQ.

I, Paul V. LiCalsi, Esquire, pursuant to Rule 4B of the Special Rules Governing the Admission and Practice of Attorneys, hereby certify that: (1) I have studied the Local Rules of the United States District Court for the Southern District of Florida; and (2) I am a member in good standing of the New York Bar and Southern District of New York.

                                  MITCHELL SILBERBERG & KNUPP LLP
                                  12 East 49th Street -- 30th Floor
                                  New York, NY 10017
                                  Telephone:  (212) 509-3900
                                  Facsimile:   (917) 546-7677

                                  By: _____
                                       Paul V. LiCalsi, Esq.

1770977.1/41741-00002

CASE NO:

---

APPLE CORPS LIMITED and APPLE RECORDS, INC.,

    Plaintiffs,

v.

FUEGO ENTERTAINMENT, INC., ECHO-FUEGO MUSIC GROUP LLC, ECHO-VISTA INC., HUGO M. CANCIO and JEFFREY COLLINS,

    Defendants.

---

## CERTIFICATION OF HOWARD WELLER, ESQ.

I, Howard Weller, Esquire, pursuant to Rule 4B of the Special Rules Governing the Admission and Practice of Attorneys, hereby certify that: (1) I have studied the Local Rules of the United States District Court for the Southern District of Florida; and (2) I am a member in good standing of the New York Bar and Southern District of New York.

                      MITCHELL SILBERBERG & KNUPP LLP
                      12 East 49th Street – 30th Floor
                      New York, NY 10017
                      Telephone:  (212) 509-3900
                      Facsimile:  (917) 546-7677

                      By: _____
                              Howard Weller, Esq.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 08cv 20748-Hoeveler/Brown

APPLE CORPS LIMITED and APPLE RECORDS, INC.,

    Plaintiffs,

v.

FUEGO ENTERTAINMENT, INC., ECHO-FUEGO MUSIC GROUP LLC, ECHO-VISTA INC., HUGO M. CANCIO and JEFFREY COLLINS,

    Defendants.

**ORDER GRANTING MOTION FOR LIMITED APPEARANCE OF PAUL LICALSI, ESQ. AND HOWARD WELLER, ESQ., CONSENT TO DESIGNATION, AND REQUEST TO ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILINGS**

THIS CAUSE having come before the Court on the Motion for Limited Appearance of Paul Licalsi, Esq. and Howard Weller, Esq. and Consent to Designation, requesting, pursuant to Rule 4B of the Special Rules Governing the Admission and Practice of Attorneys in the United States District Court for the Southern District of Florida, permission for a limited appearance of Paul Licalsi, Esq. and Howard Weller, Esq. in this matter and request to electronically receive notice of electronic filings. This Court having considered the motion and all other relevant factors, it is hereby

    ORDERED and ADJUDGED that:

    The Motion for Limited Appearance, Consent to Designation and Request to Electronically Receive Notices of Electronic Filings is GRANTED. Paul Licalsi, Esq. and Howard Weller, Esq. are granted to appear and participate in this action on behalf of Plaintiffs Apple Corps. Limited and Apple Records, Inc. The Clerk shall provide

electronic notification of all filings for Case No: _____ to:

Paul Licalsi, Esq. at pvl@msk.com and Howard Weller, Esq. hhw@msk.com

DONE AND ORDERED in Chambers at Miami-Dade County, Florida this _____ day of March 2008.

_____
United States District Judge

Copies furnished to:
All Counsel of Record