UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 08-CV-20748-HOEVELER/BROWN

APPLE CORPS LIMITED and APPLE RECORDS, INC.,

    Plaintiffs,

v.

FUEGO ENTERTAINMENT, INC., ECHO-FUEGO MUSIC GROUP LLC, ECHO-VISTA INC., HUGO M. CANCIO and JEFFREY COLLINS,

    Defendants.

## PLAINTIFFS' CORPORATE DISCLOSURE STATEMENT

Plaintiffs APPLE CORPS LIMITED and APPLE RECORDS, INC., pursuant to Fed. R. Civ. P. 7.1 hereby file their corporate disclosure statement and state as follows:

1. Apple Records Limited is the parent corporation of Apple Records, Inc.

2. Neither corporation is owned by any publicly held corporation.

        WOLFE & GOLDSTEIN, P.A.
        100 S.E. 2nd Avenue, Suite 3300
        Miami, FL 33131
        Telephone: (305) 381-7115
        Facsimile: (305) 381-7116

        Richard C. Wolfe
        FL Bar No: 355607

        MITCHELL SILBERBERG & KNUPP LLP
        12 East 49th Street -- 30th Floor
        New York, NY 10017
        Telephone:    (212) 509-3900
        Facsimile:    (917) 546-7677

## CERTIFICATE OF SERVICE

I hereby certify that on March 26, 2008, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

        WOLFE & GOLDSTEIN, P.A.
        Counsel for Plaintiff
        100 S.E. Second Street -Suite 3300
        Miami, Florida 33131
        Telephone: (305) 381-7115
        Facsimile: (305) 381-7116

        By:   /s/ Richard C. Wolfe
              RICHARD C. WOLFE
              Fla. Bar No: 355607

        Paul LiCalsi, Esq.
        Howard Weller, Esq.
        MITCHELL SILBERBERG & KNUPP LLP
        12 East 49th Street -- 30th Floor
        New York, NY 10017
        Telephone:  (212) 509-3900
        Fax:        (917) 546-7677

SERVICE LIST
APPLE CORPS LIMITED v. FUEGO ENTERTAINMENT, INC
Case No. 08-CV-20748-HOEVELER/BROWN
United States District Court, Southern District of Florida

Samran Singh, Esq.
20 Island Avenue
Suite 1103
Miami Beach, Florida 33139
Telephone: (305) 761-7902
Facsimile: (212) 883-7042
Counsel for Defendants
Served Via CM/ECF Notice/Email:
Simran@simransinghlaw.com