# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

Case No. 08-20748-CIV-HOEVELER/BROWN

APPLE CORPS LIMITED and APPLE RECORDS, INC.,

      Plaintiffs,

v.

FUEGO ENTERTAINMENT, INC., ECHO-FUEGO
MUSIC GROUP LLC, ECHO-VISTA INC., HUGO M.
CANCIO and JEFFREY COLLINS,

      Defendants.
_____/

## NOTICE OF APPEARANCE OF COUNSEL

Defendants Fuego Entertainment, Inc., Echo-Fuego Music Group LLC and Hugo M. Cancio, pursuant to S.D. Fla. L. R. 11.1, hereby notify the Court and all parties of the appearance of Genovese Joblove & Battista, P.A., as its counsel of record.  Please direct all notices, pleadings, and correspondence to the undersigned as indicated below.

Dated:  March 28, 2008.
      Miami, Florida

Respectfully submitted,

**s./ Jonathan E. Perlman**
_____

Michael D. Joblove
Florida Bar No. 354147
mjoblove@gjb-law.com
Jonathan E. Perlman
Florida Bar No.: 773328
jperlman@gjb-law.com
Catherine Van Horn
Florida Bar No.: 020187
cvanhorn@gjb-law.com
Mike Trauben
Florida Bar No.: 816841

mtrauben@gjb-law.com
GENOVESE JOBLOVE & BATTISTA, P.A.
Bank of America Tower, 44th Floor
100 Southeast Second Street
Miami, Florida  33131
Telephone:     (305) 349-2300
Facsimile:      (305) 349-2310
Attorneys for Defendants Fuego Entertainment,
Inc., Echo-Fuego Music Group LLC and
Hugo M. Cancio

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 28, 2008, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

s./ Jonathan E. Perlman
_____
Attorney

**SERVICE LIST**

**Apple Corps Limited and Apple Records, Inc. v. Fuego Entertainment et al.
CASE NO.: 08-20748-CIV-HOEVELER/BROWN**

Michael D. Joblove, Esq.
mjoblove@gjb-law.com
Jonathan E. Perlman, Esq.
jperlman@gjb-law.com
Catherine Van Horn, Esq.
cvanhorn@gjb-law.com
Mike Trauben, Esq.
mtrauben@gjb-law.com
GENOVESE JOBLOVE & BATTISTA, P.A.
Bank of America Tower, 44th Floor
100 Southeast Second Street
Miami, Florida  33131
Telephone:	(305) 349-2300
Facsimile:	(305) 349-2310
*Attorneys for Defendants Fuego Entertainment,
Inc., Echo-Fuego Music Group LLC and
Hugo M. Cancio*

Richard C. Wolfe, Esq.
rwolfe@wolfelawmiami.com
Wolfe & Goldstein
100 S.E. 2nd Street
Suite 3300
Miami, Florida  33131
Telephone:	(305) 381-7115
Facsimile:	(305) 381-7116
*Attorneys for Plaintiffs Apple Corps Limited and
Apple Records*

Howard Weller, Esq.
hhw@msk.com
Paul LiCalsi, Esq.
pvl@msk.com
Mitchell Silberberg & Knupp LLP
12 E. 49th Street
30th Floor
New York, New York  10017
Telephone:	(212) 509-3900
Facsimile:	(917) 546-7677
*Attorneys for Plaintiffs Apple Corps Limited and
Apple Records*