UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 08-CV-20748-HOEVELER/BROWN

APPLE CORPS LIMITED and APPLE RECORDS, INC.,

    Plaintiffs,

v.

FUEGO ENTERTAINMENT, INC., ECHO-FUEGO MUSIC GROUP LLC, ECHO-VISTA INC., HUGO M. CANCIO and JEFFREY COLLINS,

    Defendants.

**PLAINTIFFS' MOTION TO ALLOW AUDIO-VISUAL EQUIPMENT TO PRESENT EVIDENCE AT THE HEARING ON THE MOTION FOR PRELIMINARY INJUNCTION**

Plaintiffs APPLE CORPS LIMITED and APPLE RECORDS, INC., hereby move this Court for an Order pursuant to Admin. Order 2006-16 allowing the Plaintiffs and their agents to use audio-visual equipment to present evidence at the hearing on the Motion for Preliminary Injunction. The Parties further request an Order allowing the Parties to enter the Courthouse with audio-visual equipment, and to leave with the equipment at the conclusion of the hearing. In support thereof, Plaintiffs assert the following:

1. Plaintiffs request this Court allow the use of audio-visual equipment to facilitate the presentation of evidence and testimony. The evidence Plaintiffs intend to use includes: copies of contracts, prior court testimony, court documents and the subject infringing music (which Plaintiffs submit is of poor quality). The equipment Plaintiffs intend to use is the following:

- a High-Lumens projector
- 2 laptops
- 5 flat panel monitors
- connector cables
- a/v cart
- power strip(s)
- 2 VGA switchers
- extension cord(s)
- tape
- small computer speakers

2. If this Court grants this Motion, undersigned counsel requests the Court allow them, along with a member of SAURIAN COMMUNICATIONS, INC. ("SAURIAN"), to set up in the Courtroom prior to the time of the hearing. Plaintiffs further requests permission for counsel and Saurian to remove the audio-visual equipment at the conclusion of the hearing.

3. If this Court grants this Motion, undersigned counsel and/or members of Saurian will consult with the U.S. Marshall's office as to the logistics in bringing the equipment into the Courthouse. A proposed Order granting the relief requested in this Motion is as Exhibit "A".

WHEREFORE, for the foregoing reasons, the Plaintiffs respectfully move this Court for an Order: (1) allowing Plaintiffs to use its audio-visual equipment during the hearing on their Motion for Preliminary Injunction; (2) granting undersigned counsel and a member of Saurian permission to enter the Courthouse to set up the audio-visual system prior to the commencement of the hearing and (3) granting undersigned counsel, a member of Saurian permission to leave the Courthouse with the equipment at the conclusion of the hearing.

Respectfully submitted,

WOLFE & GOLDSTEIN, P.A.
Co-Counsel for Plaintiffs
100 S.E. Second Street, Suite 3300
Miami, Florida 33131
Telephone: (305) 381-7115
Facsimile: (305) 381-7116

By: /s/ Richard C. Wolfe
    RICHARD C. WOLFE
    FL Bar No. 0355607

Paul LiCalsi, Esq.
Howard Weller, Esq.
Co-Counsel for Plaintiffs
MITCHELL SILBERBERG & KNUPP 12
East 49th Street -- 30th Floor
New York, NY 10017
Telephone: (212) 509-3900
Fax: (917) 546-7677

<u>SERVICE LIST</u>
APPLE CORPS LIMITED v. FUEGO ENTERTAINMENT, INC
Case No. 08-CV-20748-HOEVELER/BROWN
United States District Court, Southern District of Florida

Michael Joblove, Esq.
Jonathan Perlman, Esq.
Catherine A. Van Horn, Esq.
Michael Trauben, Esq.
Genovese, Joblove & Batista, P.A.
111 S.E. Second Street,
Suite 44
Miami, Florida 33131
Telephone: (305) 349-2300
Facsimile: (305) 349-2310
Counsel for Defendants
Served Via CM/ECF Notice/Email:
mjoblove@gjb-law.com
jperlman@gjb-law.com
cvanhorn@gjb-law.com
mtrauben@gjb-law.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 08-CV-20748-HOEVELER/BROWN

APPLE CORPS LIMITED and APPLE RECORDS, INC.,

    Plaintiffs,

v.

FUEGO ENTERTAINMENT, INC., ECHO-FUEGO MUSIC GROUP LLC, ECHO-VISTA INC., HUGO M. CANCIO and JEFFREY COLLINS,

    Defendants.

## ORDER GRANTING PLAINTIFFS' MOTION TO ALLOW AUDIO-VISUAL EQUIPMENT TO PRESENT EVIDENCE AT THE HEARING ON THE MOTION FOR PRELIMINARY INJUNCTION

THIS CAUSE having come on to be heard on Plaintiffs' Motion to Allow Audio-Visual Equipment to Present Evidence at the Hearing on the Motion for Preliminary Injunction. The Court having read the Motion, and being otherwise advised, it is hereupon:

ORDERED AND ADJUDGED that said Motion be, and the same is hereby GRANTED as follows:

1. Plaintiffs APPLE CORPS LIMITED and APPLE RECORDS, INC., and SAURIAN COMMUNICATIONS, INC. ("SAURIAN") are granted permission to bring in and use the following audio-visual equipment at the preliminary injunction hearing to be scheduled in this matter:

- a High-Lumens projector
- 2 laptops
- 5 flat panel monitors
- connector cables
- a/v cart
- power strip(s)
- 2 VGA switchers
- extension cord(s)

**EXHIBIT "A"**

- tape
- small computer speakers

2. Plaintiffs and SAURIAN may set up their equipment immediately prior to the hearing. Plaintiffs and Saurian shall remove the audio-visual equipment at the conclusion of the hearing.

DONE AND ORDERED, in Chambers at Miami, Miami-Dade, Florida, this ___ day of _____ 2008.

_____
JUDGE HOEVELER

**Copies Furnished To:**
All counsel of record