UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-20748-CIV-HOEVELER

**APPLE CORPS LIMITED and
APPLE RECORDS, INC.,**

      Plaintiffs,

v.

**FUEGO ENTERTAINMENT, INC.,
ECHO-FUEGO MUSIC GROUP LLC,
ECHO-VISTA INC., HUGO M.
CANCIO, and JEFFERY COLLINS,**

      Defendants.

_____/

### ORDER GRANTING MOTION TO SET EMERGENCY HEARING

THIS CAUSE comes before the Court upon Plaintiffs' Motion to Set Emergency Hearing, filed March 21, 2008. Defendants Fuego Entertainment, Inc., Echo-Fuego Music Group LLC, and Hugo M. Cancio responded on March 27, 2008. The Court having reviewed the Motion and relevant portions of the record, and being otherwise fully advised on the premises, it is hereby

ORDERED AND ADJUDGED that said Motion is GRANTED. A hearing on the Motion for Emergency Preliminary Injunction shall be held on **April 2, 2008 at 11:00 AM** before Judge William M. Hoeveler.

DONE AND ORDERED in Chambers, in Miami, this 28th day of March, 2008.

                                                                 _/s/ Wm M Hoeveler_
                                                               WILLIAM M. HOEVELER
                                                               SENIOR UNITED STATES DISTRICT JUDGE

cc:     counsel of record

        Echo-Vista, Inc.
        705 NW 126th Avenue
        Coral Springs, FL 33071

        Jeffery Collins
        Chief Executive Officer
        Echo-Vista, Inc.
        705 NW 12th Ave
        Coral Springs, FL 33071