Apple Corps Limited et al v. Fuego Entertainment, Inc. et al                                                              Doc. 12

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 08cv 20748-Hoeveler/Brown

APPLE CORPS LIMITED and APPLE RECORDS, INC.,

    Plaintiffs,

v.

FUEGO ENTERTAINMENT, INC., ECHO-FUEGO MUSIC GROUP LLC, ECHO-VISTA INC., HUGO M. CANCIO and JEFFREY COLLINS,

    Defendants.

**ORDER GRANTING MOTION FOR LIMITED APPEARANCE OF PAUL LICALSI, ESQ. AND HOWARD WELLER, ESQ., CONSENT TO DESIGNATION, AND REQUEST TO ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILINGS**

THIS CAUSE having come before the Court on the Motion for Limited Appearance of Paul Licalsi, Esq. and Howard Weller, Esq. and Consent to Designation, requesting, pursuant to Rule 4B of the Special Rules Governing the Admission and Practice of Attorneys in the United States District Court for the Southern District of Florida, permission for a limited appearance of Paul Licalsi, Esq. and Howard Weller, Esq. in this matter and request to electronically receive notice of electronic filings. This Court having considered the motion and all other relevant factors, it is hereby

ORDERED and ADJUDGED that:

The Motion for Limited Appearance, Consent to Designation and Request to Electronically Receive Notices of Electronic Filings is GRANTED. Paul Licalsi, Esq. and Howard Weller, Esq. are granted to appear and participate in this action on behalf of Plaintiffs Apple Corps. Limited and Apple Records, Inc. The Clerk shall provide

Dockets.Justia.com

electronic notification of all filings for Case No: 08-cv-20748 to:

Paul Licalsi, Esq. at pvl@msk.com and Howard Weller, Esq. hhw@msk.com

DONE AND ORDERED in Chambers at Miami-Dade County, Florida this 31st day of March 2008.

_____
United States District Judge

Copies furnished to:
All Counsel of Record