UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 08-CV-20748-HOEVELER/BROWN

APPLE CORPS LIMITED and APPLE RECORDS, INC.,

    Plaintiffs,

v.

FUEGO ENTERTAINMENT, INC., ECHO-FUEGO MUSIC GROUP LLC, ECHO-VISTA INC., HUGO M. CANCIO and JEFFREY COLLINS,

    Defendants.

### ORDER GRANTING PLAINTIFFS' MOTION TO ALLOW AUDIO-VISUAL EQUIPMENT TO PRESENT EVIDENCE AT THE HEARING ON THE MOTION FOR PRELIMINARY INJUNCTION

THIS CAUSE having come on to be heard on Plaintiffs' Motion to Allow Audio-Visual Equipment to Present Evidence at the Hearing on the Motion for Preliminary Injunction. The Court having read the Motion, and being otherwise advised, it is hereupon:

ORDERED AND ADJUDGED that said Motion be, and the same is hereby GRANTED as follows:

1. Plaintiffs APPLE CORPS LIMITED and APPLE RECORDS, INC., and SAURIAN COMMUNICATIONS, INC. ("SAURIAN") are granted permission to bring in and use the following audio-visual equipment at the preliminary injunction hearing to be scheduled in this matter:

- a High-Lumens projector
- 2 laptops
- 5 flat panel monitors
- connector cables
- a/v cart
- power strip(s)
- 2 VGA switchers
- extension cord(s)

**EXHIBIT "A"**

Case 1:08-cv-20748-WMH    Document 13    Entered on FLSD Docket 03/27/2008    Page 5 of 5

- tape
- small computer speakers

2. Plaintiffs and SAURIAN may set up their equipment immediately prior to the hearing. Plaintiffs and Saurian shall remove the audio-visual equipment at the conclusion of the hearing.

DONE AND ORDERED, in Chambers at Miami, Miami-Dade, Florida, this 31st day of March 2008.

_____
JUDGE HOEVELER

**Copies Furnished To:**
All counsel of record

2