## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

Case No. 1:08-cv-20748-WRH

APPLE CORPS LIMITED and APPLE RECORDS, INC.,

       Plaintiffs,

v.

FUEGO ENTERTAINMENT, INC., ECHO-FUEGO
MUSIC GROUP LLC, ECHO-VISTA INC., HUGO M.
CANCIO and JEFFREY COLLINS,

       Defendants.

_____/

## FUEGO DEFENDANTS' MOTION TO ENLARGE
## TIME TO RESPOND TO COMPLAINT

Defendants Fuego Entertainment, Inc., Echo-Fuego Music Group LLC and Hugo M. Cancio (collectively, the "Fuego Defendants"), by and through undersigned counsel, hereby move to enlarge the time in which to respond to Plaintiffs' Complaint to and including Thursday, May 8, 2008. In support of this Motion, the Fuego Defendants state as follows:

1.      Plaintiffs filed their Complaint (DE 1) on March 21, 2008, along with a Motion for Emergency Preliminary Injunction (DE 2) and a Motion to Set Emergency Hearing (DE 4).

2.      Because of Plaintiffs' requests for an emergency preliminary injunction and an emergency hearing on their injunction motion, the initial activity in this case focused on those requests, ultimately culminating in the entry of an Agreed Order (DE

Dockets.Justia.com

11) on April 4, 2008, maintaining the status quo pending resolution of the dispute at issue in this lawsuit.

3.      In conjunction with the activity on Plaintiffs' preliminary injunction motion, Plaintiffs' counsel agreed to grant the Fuego Defendants until Monday, May 5, 2008 to respond to Plaintiffs' Complaint.

4.      Because of delays caused by the installation of new case management software on the firm's computer network, and the removal and replacement of furniture in the office of the firm attorney preparing the response to Plaintiffs' Complaint, counsel for the Fuego Defendants require a few additional days to complete their response to the Complaint.  Counsel therefore is requesting a short, 3-day extension in the due date of the Fuego Defendants' response to Plaintiffs' Complaint, to and including Thursday, May 8, 2008.

5.      The undersigned counsel for the Fuego Defendants attempted to confer by telephone with Plaintiffs' Florida counsel, Richard Wolfe, to obtain Plaintiffs' agreement to their extension request.  Counsel was informed by his office that Mr. Wolfe would be in depositions all day and that the best way to reach him would be through email. Immediately thereafter, the undersigned sent an email to Mr. Wolfe requesting the stated extension.  However, as of the time of the filing of this Motion, Mr. Wolfe had not responded to the request.

6.      Neither Plaintiffs nor the other defendants will be prejudiced by this brief delay in the filing of the Fuego Defendants' response to the complaint.

WHEREFORE, the Fuego Defendants, by and through undersigned counsel, hereby move to enlarge the time in which to respond to Plaintiffs' Complaint to and including Thursday, May 8, 2008.


Dated: May 2, 2008                          Respectfully submitted,
      Miami, Florida

                                                                 s/ Catherine Van Horn__

                                                                  Jonathan Perlman
jperlman@gjb-law.com
Catherine A. Van Horn
cvanhorn@gjb-law.com
Michael Trauben
mtrauben@gjb-law.com
Genovese Joblove & Battista, P.A.
Bank of America Tower
100 Southeast Second Street, 44th Floor
Miami, Florida  33131
Telephone:  (305) 349-2300
Facsmile:   (305) 349-2310
Attorneys for Defendants Hugh M. Cancio,
Fuego Entertainment, Inc. and Echo-Fuego
Music Group LLC

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 2, 2008, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

__s/ Catherine Van Horn_____
Attorney

## SERVICE LIST

**Apple Corps Limited and Apple Records, Inc. v. Fuego Entertainment et al.**
**CASE NO.: 08-20748-CIV-HOEVELER/BROWN**

Jonathan E. Perlman, Esq.
jperlman@gjb-law.com
Catherine Van Horn, Esq.
cvanhorn@gjb-law.com
Mike Trauben, Esq.
mtrauben@gjb-law.com
GENOVESE JOBLOVE & BATTISTA, P.A.
Bank of America Tower, 44th Floor
100 Southeast Second Street
Miami, Florida  33131
Telephone:     (305) 349-2300
Facsimile:     (305) 349-2310
*Attorneys for Defendants Fuego Entertainment,*
*Inc., Echo-Fuego Music Group LLC and*
*Hugo M. Cancio*

Richard C. Wolfe, Esq.
rwolfe@wolfelawmiami.com
Wolfe & Goldstein
100 S.E. 2nd Street
Suite 3300
Miami, Florida  33131
Telephone:     (305) 381-7115
Facsimile:     (305) 381-7116
*Attorneys for Plaintiffs Apple Corps Limited and*
*Apple Records*

Howard Weller, Esq.
hhw@msk.com
Paul LiCalsi, Esq.
pvl@msk.com
Mitchell Silberberg & Knupp LLP
12 E. 49th Street
30th Floor
New York, New York  10017
Telephone:     (212) 509-3900
Facsimile:     (917) 546-7677
*Attorneys for Plaintiffs Apple Corps Limited and*
*Apple Records*