## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO. 08-CV-20748-HOEVELER

**APPLE CORPS. LIMITED
and APPLE RECORDS, INC.,**

      Plaintiffs,

v.

**FUEGO ENTERTAINMENT, INC. ECHO-FUEGO
MUSIC GROUP LLC, ECHO-VISTA INC., HUGO M.
CANCIO and JEFFREY COLLINS,**

      Defendants.

_____/

### ORDER GRANTING FUEGO DEFENDANTS'
### MOTION TO ENLARGE TIME TO RESPOND TO COMPLAINT

THIS MATTER comes before the Court upon the Motion to Enlarge Time to Respond to

Complaint, filed by Defendants Fuego Entertainment, Inc., Echo-Fuego Music Group LLC and

Hugo M. Cancio (collectively "Fuego Defendants") on May 2, 2008. The Court having reviewed

the Motion and being advised in the premises, it is hereby

ORDERED AND ADJUDGED that the Fuego Defendants' Motion is GRANTED. Fuego

Defendants shall have up to and including May 9, 2008, to respond to Plaintiff's Complaint.

DONE AND ORDERED in Chambers in Miami, Florida this 7th of May, 2008.


WILLIAM M. HOEVELER
SENIOR UNITED STATES DISTRICT JUDGE


copies to counsel of record