UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:08-cv-20748-WRH

APPLE CORPS LIMITED and APPLE RECORDS, INC.,

 Plaintiffs,

v.

FUEGO ENTERTAINMENT, INC., ECHO-FUEGO
MUSIC GROUP LLC, ECHO-VISTA INC., HUGO M.
CANCIO and JEFFREY COLLINS,

 Defendants.
_____/

ORDER GRANTING FUEGO DEFENDANTS' AGREED MOTION
TO ENLARGE TIME TO RESPOND TO COMPLAINT

 THIS MATTER comes before the Court upon the Agreed Motion to Enlarge Time to Respond to Complaint, filed by Defendants Fuego Entertainment, Inc., Echo-Fuego Music Group LLC and Hugo M. Cancio (collectively, the "Fuego Defendants"), on May 9, 2008. The Court having reviewed the Motion and being advised in the premises, it is hereby

 **ORDERED AND ADJUDGED** that the Fuego Defendants' Motion is **GRANTED**. Fuego Defendants shall have up to and including May 16, 2008, to respond to Plaintiffs' Complaint.

 **DONE AND ORDERED** in Chambers in Miami, Florida this 13th day of May, 2008.

 _____
 WILLIAM M. HOEVELER
 SENIOR UNITED STATES DISTRICT JUDGE

Copies furnished to counsel of record