UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 08-CV-20748-HOEVELER/BROWN

APPLE CORPS LIMITED and APPLE RECORDS, INC.,

    Plaintiffs,

v.

FUEGO ENTERTAINMENT, INC., ECHO-FUEGO MUSIC GROUP LLC, ECHO-VISTA INC., HUGO M. CANCIO and JEFFREY COLLINS,

    Defendants.

## PLAINTIFFS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANTS' MOTION TO DISMISS

Plaintiffs, APPLE CORPS LTD. AND APPLE RECORDS, INC. file this unopposed Motion for Extension of Time to Defendants' FUEGO ENTERTAINMENT INC, ECHO FUEGO MUSIC GROUP LLC AND HUGO CANCIO'S Motion to Dismiss and states: :

1. Defendants' filed their Motion to Dismiss on May 16, 2008 and Plaintiffs' response is due on June 5, 2008. Due to demands of other cases and court deadlines, Plaintiffs' counsel requests an extension until June 20, 2008 to file their response to Defendants' Motion to Dismiss.

2. Plaintiffs' counsel, Richard Wolfe, hereby certifies, pursuant Local Rule 7.1.A.3, that prior to filing this motion he conferred with Defendants' counsel and was advised Defendants have no objection to this motion.

        WOLFE & GOLDSTEIN, P.A.
        Counsel for Apple Corps. And Apple Records.
        100 S.E. Second Street, Suite 3300
        Miami, Florida 33131
        Telephone: (305) 381-7115
        Facsimile: (305) 381-7116

        By:   /s/ Richard C. Wolfe
            RICHARD C. WOLFE
            FL Bar No. 0355607

Apple Corps Limited et al v. Fuego Entertainment, Inc. et al    Doc. 20

Dockets.Justia.com

Howard Weller
Paul Licalsi
Mitchell Silverberg & Krupp
12 E. 49th Street
30th Floor
New York, NY 19917
Telephone: (212) 509-3900
Facsimile: (917) 546-7677
Co-Counsel for Plaintiffs

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 22, 2008 I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List ion the manner specified, either via transmission of Notice of Electronic Filing generated by CM/ECF or in some other authorized manner for this counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

s/ Richard C. Wolfe
Richard C. Wolfe, Esq.

SERVICE LIST
APPLE CORPS LIMITED v. FUEGO ENTERTAINMENT, INC
Case No. 08-CV-20748-HOEVELER/BROWN
United States District Court, Southern District of Florida

Jonathan Perlman, Esq.
Jperlman @gjb-law.com
Catherine Van Horn, Esq.
evanhorn@gjb-law.com
Mike Trauben. Esq.
mtrauben@gjb-law.com
GENOVESE JOBLOVE & BATTISTA
100 S.E. 2nd Street
44th Floor
Miami, Florida 33131
Telephone: (305) 349-2300
Facsimile: (305) 349-2310