UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-CV-20748-HOEVELER

**APPLE CORPS. LIMITED**
**and APPLE RECORDS, INC.,**

      Plaintiffs,

v.

**FUEGO ENTERTAINMENT, INC. ECHO-FUEGO**
**MUSIC GROUP LLC, ECHO-VISTA INC., HUGO M.**
**CANCIO and JEFFREY COLLINS,**

      Defendants.
_____/

## ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANTS' MOTION TO DISMISS

THIS MATTER comes before the Court upon Plaintiffs' unopposed Motion for Extension of time to Respond to Defendants' Motion to Dismiss, filed May 22, 2008. The Court having reviewed the Motion and being advised in the premises, it is hereby

ORDERED AND ADJUDGED that the Motion is GRANTED. Plaintiffs shall have up to and including June 20, 2008, to respond to Defendants' Motion to Dismiss.

DONE AND ORDERED in Chambers in Miami, Florida this 23rd of May, 2008.

                                                            _/s/ Wm M Hoeveler_
                                                            WILLIAM M. HOEVELER
                                                            SENIOR UNITED STATES DISTRICT JUDGE

copies to counsel of record