UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-20748-CIV-HOEVELER/BROWN

APPLE CORPS LIMITED and APPLE RECORDS, INC.,

        Plaintiffs,

v.

FUEGO ENTERTAINMENT, INC., ECHO-FUEGO
MUSIC GROUP LLC, ECHO-VISTA INC., HUGO M.
CANCIO and JEFFREY COLLINS,

        Defendants.
_____/

## NOTICE OF UNAVAILABILITY

NOTICE IS HEREBY GIVEN that Jonathan E. Perlman, Esq., of Genovese Joblove & Battista, P.A., counsel for Defendants Fuego Entertainment, Inc., Echo-Fuego Music Group LLC and Hugo M. Cancio (collectively, the õFuego Defendantsö) will be out of the country on a family planned vacation and will, therefore, be unavailable from Monday, June 23, 2008 through Friday, July 11, 2008. Fuego Defendantsø counsel requests that all pleadings, hearings, depositions and conferences in this pending matter be scheduled accordingly.

Dated: June 5, 2008  Respectfully submitted,
       Miami, Florida

    s/Jonathan E. Perlman                        .
Jonathan E. Perlman (Florida Bar No. 773328)
jperlman@gjb-law.com
Catherine A. Van Horn (Florida Bar No. 020187)
cvanhorn@gjb-law.com
Michael Trauben (Florida Bar No. 0816841)
mtrauben@gjb-law.com
GENOVESE JOBLOVE & BATTISTA, P.A.
Bank of America Tower, 44th Floor
100 Southeast Second Street
Miami, Florida 33131
Telephone: (305) 349-2300
Facsimile: (305) 349-2310
Attorneys for Defendants Hugh M. Cancio,
Fuego Entertainment, Inc. and Echo-Fuego
Music Group LLC

## CERTIFICATE OF SERVICE

I hereby certify that on June 5, 2008, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                                                 s/Jonathan E. Perlman    .
                                                          Attorney

## SERVICE LIST

**Apple Corps Limited and Apple Records, Inc. v. Fuego Entertainment et al.**
**CASE NO.: 08-20748-CIV-HOEVELER/BROWN**

Jonathan E. Perlman, Esq.
jperlman@gjb-law.com
Catherine Van Horn, Esq.
cvanhorn@gjb-law.com
Mike Trauben, Esq.
mtrauben@gjb-law.com
GENOVESE JOBLOVE & BATTISTA, P.A.
Bank of America Tower, 44th Floor
100 Southeast Second Street
Miami, Florida 33131
Telephone: (305) 349-2300
Facsimile: (305) 349-2310
*Attorneys for Defendants Fuego Entertainment, Inc., Echo-Fuego Music Group LLC and Hugo M. Cancio*

Richard C. Wolfe, Esq.
rwolfe@wolfelawmiami.com
Wolfe & Goldstein
100 S.E. 2nd Street
Suite 3300
Miami, Florida 33131
Telephone: (305) 381-7115
Facsimile: (305) 381-7116
*Attorneys for Plaintiffs Apple Corps Limited and Apple Records*

Howard Weller, Esq.
hhw@msk.com
Paul LiCalsi, Esq.
pvl@msk.com
Mitchell Silberberg & Knupp LLP
12 E. 49th Street
30th Floor
New York, New York 10017
Telephone: (212) 509-3900
Facsimile: (917) 546-7677
*Attorneys for Plaintiffs Apple Corps Limited and Apple Records*