UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 08-CV-20748-HOEVELER/BROWN

APPLE CORPS LIMITED and APPLE RECORDS, INC.,

    Plaintiffs,

v.

FUEGO ENTERTAINMENT, INC.,
ECHO-FUEGO MUSIC GROUP LLC,
ECHO-VISTA INC., HUGO M. CANCIO
and JEFFREY COLLINS,

    Defendant.

_____/

## UNOPPOSED MOTION TO EXTEND TIME FOR
## PLAINTIFF TO RESPOND TO DEFENDANTS MOTION TO DISMISS

Plaintiffs Apple Corps. Ltd., and Apple Records Inc. requests this Court to extend the time for Plaintiff to respond to Defendant's Motion to Dismiss until July 11, 2008. During this time, the parties' counsel will make an attempt at settlement.

Defendants have advised that they are in agreement with the relief sought in this matter.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 12, 2008 I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List ion the manner specified, either via transmission of Notice of Electronic Filing generated by CM/ECF or in some other authorized manner for this counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                                                s/ Richard C. Wolfe
                                                Richard C. Wolfe, Esq.

Apple Corps Limited et al v. Fuego Entertainment, Inc. et al     Doc. 23

Dockets.Justia.com

SERVICE LIST
APPLE CORPS LIMITED v. FUEGO ENTERTAINMENT, INC
Case No. 08-CV-20748-HOEVELER/BROWN
United States District Court, Southern District of Florida

Jonathan Perlman, Esq.
Jperlman @gjb-law.com
Catherine Van Horn, Esq.
evanhorn@gjb-law.com
Mike Trauben. Esq.
mtrauben@gjb-law.com
GENOVESE JOBLOVE & BATTISTA
100 S.E. 2nd Street
44th Floor
Miami, Florida 33131
Telephone: (305) 349-2300
Facsimile: (305) 349-2310