UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 08-CV-20748-HOEVELER/BROWN

APPLE CORPS LIMITED and APPLE RECORDS, INC.,

    Plaintiffs,

v.

FUEGO ENTERTAINMENT, INC.,
ECHO-FUEGO MUSIC GROUP LLC,
ECHO-VISTA INC., HUGO M. CANCIO
and JEFFREY COLLINS,

    Defendant.
_____/

## PLAINTIFFS' UNOPPOSED MOTION TO EXTEND TIME TO RESPOND TO DEFENDANTS' MOTION TO DISMISS

Plaintiffs Apple Corps. Ltd., and Apple Records Inc. requests this Court to extend the time for Plaintiff to respond to Defendant's Motion to Dismiss until July 28, 2008 and states:

1. Plaintiffs previously filed an unopposed motion for extension of time which was granted until July 11, 2008. (D.E. 23, 24).

2. At the present time, several attorneys on this case are on vacation and the parties are unable to complete their settlement negotiations.

3. Accordingly, Plaintiffs request additional time to complete their settlement negotiations and extend the time for a responsive pleading until July 28, 2008.

4. Plaintiffs hereby certify pursuant to Loc. Rule. 7.1 they have conferred with Defendants' counsel who have advised they are in agreement with the relief sought in this motion.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 8, 2008 I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List ion the manner specified, either via transmission of Notice of Electronic Filing generated by CM/ECF or in some other authorized manner for this counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

s/ Richard C. Wolfe
Richard C. Wolfe, Esq.

## SERVICE LIST
APPLE CORPS LIMITED v. FUEGO ENTERTAINMENT, INC
Case No. 08-CV-20748-HOEVELER/BROWN
United States District Court, Southern District of Florida

Jonathan Perlman, Esq.
Jperlman @gjb-law.com
Catherine Van Horn, Esq.
evanhorn@gjb-law.com
Mike Trauben. Esq.
mtrauben@gjb-law.com
GENOVESE JOBLOVE & BATTISTA
100 S.E. 2nd Street
44th Floor
Miami, Florida 33131
Telephone: (305) 349-2300
Facsimile: (305) 349-2310

Paul LiCalsi, Esq.
Howard Weller, Esq.
MITCHELL SILBERBERG & KNUPP LLP
12 East 49th Street -- 30th Floor
New York, NY 10017
Telephone: (212) 509-3900
Fax: (917) 546-7677