UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-CV-20748-HOEVELER

**APPLE CORPS. LIMITED**
**and APPLE RECORDS, INC.,**

      Plaintiffs,

v.

**FUEGO ENTERTAINMENT, INC. ECHO-FUEGO**
**MUSIC GROUP LLC, ECHO-VISTA INC., HUGO M.**
**CANCIO and JEFFREY COLLINS,**

      Defendants.
_____/

## ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION TO EXTEND TIME TO RESPOND TO DEFENDANTS' MOTION TO DISMISS

THIS MATTER comes before the Court upon Plaintiffs Apple Corps., Ltd., and Apple Records Inc.'s Unopposed Motion to Extend Time to Respond to Defendants' Motion to Dismiss, filed July 8, 2008. The Court having reviewed the Motion and being advised in the premises, it is hereby

ORDERED AND ADJUDGED that the Plaintiffs' Motion is GRANTED. Plaintiffs shall have up to and including July 28, 2008, to respond to Defendants' Motion to Dismiss.

DONE AND ORDERED in Chambers in Miami, Florida this 9th of July, 2008.

                                              /s/ William M. Hoeveler
                                              WILLIAM M. HOEVELER
                                              SENIOR UNITED STATES DISTRICT JUDGE

copies to counsel of record